UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MICHAEL LANZO,

                               Plaintiff,

              -against-

CITY OF NEW YORK, SHAWN CROCKETT, EDWARD
TUMBARELLO, METROPOLITAN TRANSPORTATION
AUTHORITY, THOMAS PICCIRILLO, PAUL MARTINO,
MICHAEL MATRISCIANO, and JOHN and JANE DOE 1
THROUGH 10, individually and in their official capacities, (the
names John and Jane Doe being fictitious, as the true names are
presently unknown),

                               Defendants.
---------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

09 CV 5089 (CBA) (CLP)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

       1.    The above-referenced action is hereby dismissed with prejudice.

Dated: August 13, 2012
       New York, New York

Brett H. Klein, Esq.
*Attorney for Plaintiff*

By: _____
    Brett H. Klein, Esq.  8/6/12
    *Attorney for Plaintiff*

Peter A. Sistrom, Esq.
Senior Associate Counsel
*Attorney for MTA defendants*

By: _____
    Peter A. Sistrom, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Shawn Crockett and Edward Tumbarello*
100 Church Street, Rm. 3-203b
New York, New York 10007
(212) 341-0797

By: _____
    BRIAN J. FARRAR
    *Assistant Corporation Counsel*

SO ORDERED: _____
               CAROL B. AMON, U.S.D.J.